No. 95–1399. EADES ET UX. v. CLARK DISTRIBUTING CO., INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–1421. JENSEN v. COUNTY OF SANTA CLARA, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–1442. HUANG v. FRENCH ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–1466. PLOTT v. GENERAL MOTORS CORP., PACKARD ELECTRIC DIVISION. C. A. 6th Cir. Certiorari denied.

No. 95–1476. JACKSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–1499. DALEY ET AL. v. RAMBO. C. A. 7th Cir. Certiorari denied.

No. 95–1553. FLINN v. FLORIDA BAR ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–1562. WILLIAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–1564. KIMBROUGH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–6984. TRIESTMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–7178. BUYEA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–7190. JORDAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–7198. GRAHAM v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 95–7279. BEETS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.